UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NEWDOW,<br><br>            Plaintiff,<br><br>       v.<br><br>GEORGE W. BUSH, PRESIDENT OF<br>THE UNITED STATES, et al.,<br><br>            Defendants. | Civil Action No.  04-2208 (JDB) |

## ORDER

Upon consideration of plaintiff's motion for a preliminary injunction, the various memoranda of the parties and amici curiae, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is this 14th day of January, 2005, hereby

ORDERED that plaintiff's motion is DENIED; it is further

ORDERED that any anticipated request for an injunction pending appeal is DENIED; and it is further

ORDERED that the parties may by not later than January 28, 2005, submit supplemental memoranda, limited to no more than 12 pages, on the issue preclusion and standing questions raised in this case (and specifically in defendants' motions to dismiss) and discussed in the Court's Memorandum Opinion of this date.

                               /s/     John D. Bates
                                   JOHN D. BATES
                              United States District Judge

Copies to:

Michael Newdow
Post Office Box 233345
Sacramento, California  95823
916-427-6669  (telephone)

Nicholas J. Patterson
U.S. Department of Justice
20 Massachusetts Avenue, Northwest
Room 7109
Washington, D.C.  20001
202-514-4523  (telephone)
202-616-8470  (fax)
E-mail:  nicholas.patterson@usdoj.gov

George J. Terwilliger
White & Case, L.L.P.
701 13th Street, Northwest
Washington, D.C.  20005
202-626-3600  (telephone)
E-mail:  gterwilliger@whitecase.com

James Matthew Henderson, Sr.
American Center for Law and Justice
201 Maryland Avenue, Northeast
Washington, D.C.  20002
202-546-8890  (telephone)
202-337-3167  (fax)
E-mail:  JMHenderson@aclj-dc.dc.org