UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NEWDOW,<br><br>          Plaintiff,<br><br>    v.<br><br>GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, et al.,<br><br>          Defendants. | Civil Action No.  04-2208 (JDB) |

### ORDER

Upon consideration of defendants' motions to dismiss, the memoranda of the parties, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 14th day of September, 2005, hereby

**ORDERED** that the motions [26 & 27] are **GRANTED**, and it is further

**ORDERED** that plaintiff's claims are **DISMISSED**.

                                        /s/ John D. Bates
                                        JOHN D. BATES
                               United States District Judge

Copies to:

Michael Newdow
Post Office Box 233345
Sacramento, California  95823
916-427-6669  (telephone)

Nicholas J. Patterson
U.S. Department of Justice
20 Massachusetts Avenue, Northwest
Room 7109
Washington, D.C.  20001
202-514-4523  (telephone)
202-616-8470  (fax)
E-mail:  nicholas.patterson@usdoj.gov

George J. Terwilliger
White & Case, L.L.P.
701 13th Street, Northwest
Washington, D.C.  20005
202-626-3600  (telephone)
E-mail:  gterwilliger@whitecase.com

James Matthew Henderson, Sr.
American Center for Law and Justice
201 Maryland Avenue, Northeast
Washington, D.C.  20002
202-546-8890  (telephone)
202-337-3167  (fax)
E-mail:  JMHenderson@aclj-dc.dc.org